IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTIAN ANDZEL and ZACH SCHAEFER, On Behalf of Themselves and All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:25-cv-00007-B |
| EVERYBODY WANTS SOME LLC (a/k/a and/or d/b/a So Clutch Group, Vice Park, Friends Only, The Sporting Club, and Concrete Cowboy), | § § § § § § | |
| Defendant. | § § | |

## JOINT ADVISORY REGARDING SETTLEMENT

Plaintiffs Christian Andzel and Zach Schaefer and Defendant Everybody Wants Some LLC ("Defendant") (collectively the "Parties") file this Joint Advisory Regarding Settlement.

The Parties hereby inform the Court that they have reached a resolution of the claims in the above-captioned lawsuit and are working to finalize settlement documents. The Parties anticipate that final dismissal documents can be filed by approximately September 15, 2025.

Date: August 7, 2025.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ *Allen R. Vaught* <br> Allen R. Vaught <br> Lead Attorney <br> TX Bar No. 24004966 <br> Vaught Firm, LLC <br> 1910 Pacific Avenue, Suite 9150 <br> Dallas, TX 75201 <br> Telephone: (972) 707-7816 <br> Fax: (972) 920-3933 <br> avaught@txlaborlaw.com | **CRAWFORD, WISHNEW & LANG PLLC** <br><br> /s/ *Camille A. Avant* <br> **Dave Wishnew** <br> State Bar No. 24052039 <br> dwishnew@cwl.law <br> **Camille A. Avant** <br> Texas State Bar No. 24084397 <br> cavant@cwl.law |

**ATTORNEY FOR PLAINTIFFS**         1700 Pacific Avenue, Suite 2390
                                     Dallas, Texas 75201
                                     Telephone: (214) 817-4500
                                     Facsimile: (214) 602-6551

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

On August 7, 2025, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the CM/ECF method. I certify that I have served all counsel of record electronically.

                                     /s/ Allen R. Vaught
                                     Allen R. Vaught